3033704-LRB/SJC                                    I.D. 6286111

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN HORN and ANDREA HORN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. |
| | ) | |
| JACK COOPER TRANSPORT | ) | |
| COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT, JACK COOPER TRANSPORT COMPANY, INC.'S
## EXHIBITS A THROUGH D TO ITS NOTICE OF REMOVAL

**NAVIGATION**

Home  /  Locations

# Locations

Contact

Quote

**Locations**

**Jack Cooper**

**Transport**

1100 Walnut Street

Suite 2400

Kansas City, MO 64106

**Jack Cooper Logistics**

630 Kennesaw Due West Road

Kennesaw, GA 30152

**About Jack Cooper**

Jack Cooper is a specialty transportation and other logistics provider and the largest over-the-road finished vehicle logistics company in North America. The Company provides premium asset-heavy and asset-light based solutions to the global new and previously-owned vehicle markets, specializing in finished vehicle transportation and other logistics services for major automotive original equipment manufacturers and for fleet ownership companies, remarketers, dealers and auctions.

EXHIBIT

A

6/1/2017

Scanned by CamScanner

Division of Corporations - Filing | Page 1 of 1

---

Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies

---

Department of State: Division of Corporations

Allowable Characters

View Search Results

### Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 368727 | Incorporation Date / Formation Date: | 1/26/1939 (mm/dd/yyyy) |
| Entity Name: | JACK COOPER TRANSPORT COMPANY, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 2711 CENTERVILLE RD SUITE 400 | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information [ Submit ]

[ Back to Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

---

#### SIDEBAR

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents



EXHIBIT

B

https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx

6/1/2017

Scanned by CamScanner

2017L000341

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
****** Electronically Filed ******
Trans. ID : 1719797606
Case No: 17L341
FILEDATE: 04/25/2017
Clerk: KNDE
File Time : 11:04 AM

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRC
## WILL COUNTY, ILLINOIS

BRIAN HORN and ANDREA HORN,  )
           Plaintiff,  )
  )
vs.  )  GEN. NO.
  )    17L341
JACK COOPER TRANSPORT  )
COMPANY, INC.,  )
           Defendant.  )

## COMPLAINT AT LAW

NOW COME the Plaintiffs, BRIAN HORN and ANDREA HORN, by and through their attorneys, AMONI LAW OFFICES, P.C., and in their Complaint against JACK COOPER TRANSPORT COMPANY, INC. states as follows:

### Count I: Negligence v. Jack Cooper Transport Co., Inc.

1.    On March 16, 2017 at approximately 8:12 a.m., an unknown agent or employee of the Defendant, Jack Cooper Transport Company, Inc., was driving a vehicle in reverse and in the wrong direction of a one way lane within the parking lot area at 2022 Essington Road, Joliet, Illinois, said location being the parking lot for the D'Arcy Motors automobile dealership.

2.    On the aforesaid date, time and place, the Plaintiff, Brian Horn, was walking across the lane described above as the Defendant, through its agent or employee, was driving a vehicle in reverse and against the designated direction of vehicular travel.

3.    At all times material hereto, it was the duty of the Defendant, through its agent or employee, to operate its motor vehicle with due care and caution for the safety of persons in the parking lot.



Page 1 of 5

Initial case management set for
8/14/17    at:  9:00 AM  a.m.
Transaction ID : 1719797606

2017L000341

4.     The aforesaid duty notwithstanding, on March 16, 2017 at approximately 8:12 a.m., the Defendant's agent or employee, while operating its vehicle as described above, struck the Plaintiff, thereby causing the injuries and damages as hereinafter alleged.

5.     On March 16, 2017, the Defendant, by its agent or employee, committed one or more of the following negligent acts or omissions:

   a)     failed to keep a proper, or any, lookout for Plaintiff;

   b)     operated its vehicle in reverse at a speed that was greater than reasonable and proper given the conditions;

   c)     drove its vehicle against the direction of travel designated for the lane of travel in which Defendant was operating its vehicle;

   d)     failed to reduce its speed to avoid striking the Plaintiff;

   e)     was otherwise negligent and careless in the operation of its motor vehicle.

6.     By reason of one or more of the foregoing negligent acts or omissions of the agent or employee of Defendant, Jack Cooper Transport Company, Inc. and as a direct and proximate result thereof, Plaintiff then and there sustained injuries and disability.  By reason of said injuries, Plaintiff has suffered pain, and will in the future, continue to so suffer and in endeavoring to become healed and cured of said injuries, Plaintiff was compelled to, and will be compelled in the future, to expend and become liable for sums of money for hospital and related medical care.

7.     By further reason of said injuries and as a direct and proximate result thereof, Plaintiff was hindered and prevented from attending to his usual responsibilities and business, and has thereby lost, and will in the future lose, sums of money as wages or profits, and earning capacity, which otherwise would have accrued to him.

2017L000341

WHEREFORE, the Plaintiff, Brian Horn, prays for Judgment against this Defendant, Jack Cooper Transport Company, Inc. in excess of $50,000.00, and for costs of suit.

### Count II Loss of Consortium

1.  At all times material to this complaint, the Plaintiffs, Brian Horn and Andrea Horn, were, and are, lawfully married to one another.

2.  On March 16, 2017 at approximately 8:12 a.m., an unknown agent or employee of the Defendant, Jack Cooper Transport Company, Inc., was driving a vehicle in reverse and in the wrong direction of a one way lane within the parking lot area at 2022 Essington Road, Joliet, Illinois, said location being the parking lot for the D'Arcy Motors automobile dealership.

3.  On the aforesaid date, time and place, Brian Horn, was walking across the lane described above as the Defendant, through its agent or employee, was driving a vehicle in reverse and against the designated direction of vehicular travel.

4.  At all times material hereto, it was the duty of the Defendant, through its agent or employee to operate its motor vehicle with due care and caution for the safety of persons in the parking lot.

5.  The aforesaid duty notwithstanding, on March 16, 2017 at approximately 8:12 a.m., the Defendant's agent or employee, while operating its vehicle as described above, struck Brian Horn, thereby causing the injuries and damages as hereinafter alleged.

6.  On March 16, 2017, the Defendant, by its agent or employee, committed one or more of the following negligent acts or omissions:

    a)  failed to keep a proper, or any, lookout for Brian Horn;

    b)  operated its vehicle in reverse at a speed that was greater than was reasonable and proper given the conditions;

Page 3 of 5

2017L000341

    c)     drove its vehicle against the direction of travel designated for the lane of

                 travel in which Defendant was operating its vehicle;

    d)     failed to reduce its speed to avoid striking Brian Horn;

    e)     was otherwise negligent and careless in the operation of its motor vehicle.

    7.     By reason of one or more of the foregoing negligent acts or omissions of

Defendant, through its agents, actual or apparent, named or unnamed, and as a direct and

proximate result thereof, Brian Horn was, and in the future will be, unable and hindered in the

performance of his usual duties and obligations and the plaintiff, Andrea Horn, was and will be

greatly damaged in the loss of her husband's society, conjugal fellowship, companionship,

cooperation and mutual aid in their relationship.

    WHEREFORE, the Plaintiff, Andrea Horn, prays for Judgment against this Defendant,

Jack Cooper Transport Company, in excess of $50,000.00, and for costs of suit.

                            AMONI LAW OFFICES. P.C.

                            BY: _____

                                    Larry M. Amoni

AMONI LAW OFFICES, P.C.
1975 W. Downer Place, Suite 301
Aurora, IL 60506
Tel: 630/264-2020
Fax: 630/264-2220
IL ARDC#: 43419

2017L000341

## LAW DIVISION AFFIDAVIT

LARRY M. AMONI, being first duly sworn on oath, deposes and states as follows:

1.   I am the attorney for the plaintiff(s) in this matter and, if called upon to do so,

     could testify competently to the following.

2.   Damages being sought in this cause are in excess of $50,000.00.

_____
Larry M. Amoni

### ATTESTATION AND VERIFICATION
### OF LAW DIVISION AFFIDAVIT

STATE OF ILLINOIS          )
                           ) SS
COUNTY OF KANE             )

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in the "Law Division Affidavit" are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same as to be true.

_____
Larry M. Amoni
AMONI LAW OFFICES, P.C.
1975 W. Downer Pl., Suite 301
Aurora, IL  60506
Tel:    630/264-2020
Fax:    630/264-2220
ARDC # 43419

SUBSCRIBED AND SWORN TO
before me this 25 day of
April , 20 17 .

_____
Notary Public

> "OFFICIAL SEAL"
> JESSICA INGRAHAM
> Notary Public, State of Illinois
> My Commission Expires 2/11/2021

Page 5 of 5

[EXTERNAL] Notice of Service of Process - Transmittal Number: 16603464

sop@cscinfo.com
5/8/2017 9:10:09 AM
Josh Humphries;

Attachments



**CORPORATION SERVICE COMPANY**

### NOTICE OF SERVICE OF PROCESS

**Transmittal Number: 16603464**
(Click the Transmittal Number to view your SOP)

Pursuant to client instructions, we are forwarding this summary and Notice of Service of Process.

| | |
|---|---|
| **Entity:** | Jack Cooper Transport Company, Inc. |
| **Entity I.D. Number:** | 0193822 |
| **Entity Served:** | Jack Cooper Transport Company, Inc. |
| **Title of Action:** | Brian Horn vs. Jack Cooper Transport Company, Inc. |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Will County Circuit Court, Illinois |
| **Case/Reference No:** | 2017L000341 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 05/05/2017 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |

**Sender Information:**
Larry M. Amoni
630-264-2020

**Primary Contact:**
Theo A. Ciupitu
Jack Cooper Transport Company, Inc.

**Electronic copy provided to:**
Katie Helton Esq.
Josh Humphries
David Thatcher
Jordan Stringer

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document (s) and taking appropriate action.

2711 Centerville Road, Wilmington, DE 19808
(888) 690-2882 | sop@cscglobal.com



EXHIBIT

D

tabbies

2017L000341

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

BRIAN HORN and ANDREA HORN

VS           CASE NO: __17L341__

JACK COOPER TRANSPORT COMPANY, INC.

### SUMMONS

To each defendant:   Jack Cooper Transport Company, Inc. c/o Illinois Corporation Service C
801 Adlai Stevenson Dr., Springfield, IL 62703

You are summoned and required to file an *answer in this cause, or otherwise file your *appearance in the Office of the Clerk of this Court __Will County Courthouse__ Building, Room_____,
__14 W. Jefferson Street, Joliet_____, Illinois within 30 days after service
        *(Address and City)*
of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGEMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned to endorsed.

**This summons may not be served later than (30) days after its date.**

WITNESS: APRIL 25, 2017       20____

*Andrea Lynn Chasteen*
Clerk of the Circuit Court

(Plaintiff's Attorney or Plaintiff if he is not represented by an Attorney)
NAME: __Larry M. Amoni__
ARDC# __43419__
Attorney for __Plaintiffs__
Address: __1975 W. Downer Pl., Suite 301__
City: __Aurora, IL. 60506__
Telephone: __(630) 264-2020__
*The answer and/or Appearance filing fee is based upon the dollar amount of said case.

### ANDREA LYNN CHASTEEN, CLERK OF THE CIRCUIT COURT OF WILL COUNTY

16F (Revised 03/17)

I2F SUBMITTED - 1719797606 - AMONILAW - 04/25/2017 11:04:06 AM      DOCUMENT ACCEPTED ON: 04/26/2017 09:33:10 AM